

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00255-CV

Ronald Carey **HODGE**,
Appellant

v.

Charles W. **HANOR** and Jean M. Hanor,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17321
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

The appellee's motion for leave to file sur-reply brief is hereby GRANTED.

It is so ORDERED on October 18, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court